# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

139973 & (19)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LAURA J. POWERS,
    Plaintiff-Appellee,

v             SC: 139973
              COA: 291961
              WCAC: 05-000073

PIONEER RESOURCES, INC.,
    Defendant-Appellant.

_____/

   By order of April 16, 2010, the Worker's Compensation Appellate Commission (WCAC) was directed to clarify the reasons for or modify its award of analgesic treatment of the plaintiff's back. On June 8, 2010, the WCAC issued a modified order, accompanied by an explanatory supplemental opinion, terminating the defendant's obligation to pay for such treatment as of May 20, 2002. On order of the Court, the WCAC having submitted its modified order, the application for leave to appeal the October 2, 2009 order of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010              _____
                       Clerk

0719